JOSEPHINE MURELLO, as Guardian ad Litem for EDWARD MURELLO, an Infant, et al., Appellants, v. HARRY LUSTIG, Respondent.— In an action by an infant plaintiff to recover damages for personal injuries sustained by him, and by his mother for expenses and loss of services and earnings, plaintiffs appeal from a judgment in favor of defendant entered upon the verdict of a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Beldock, JJ.

■

LEO NEMORE, Respondent, v. COMMODORE SWAN LAKE OPERATING CORP., Appellant.— In an action to recover damages for personal injuries, order denying defendant's motion to change the place of trial from Kings County to Sullivan County, on the ground that the convenience of the greater number of witnesses and the ends of justice will be promoted thereby, affirmed, without costs. No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID RIBLER, Appellant.— Defendant appeals from a judgment of the County Court, Nassau County, convicting him of the crime of forgery in the second degree (three counts), and from an order denying his motion to set aside the verdict and for a new trial. Judgment and order unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHMOND COUNTY CREDIT ASSOCIATION, INC., Defendant. STANLEY N. LIPSITZ, as Receiver of Defendant Corporation, Appellant.—Appeal by a receiver in proceedings supplementary to judgment from orders confirming the report of an Official Referee and denying said receiver's motion to direct the city treasurer to turn over to him a fund which had been deposited as the result of an action brought by the Attorney-General against defendant corporation under article 23-A of the General Business Law (the Martin Act). Orders affirmed, with one bill of $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ., concur.